# Exhibit B

Case 1:18-cv-03481-SEB-TAB   Document 1-2   Filed 11/08/18   Page 2 of 53 PageID #: 123
**49D02-1810-CT-042978**
**Marion Superior Court, Civil Division 2**
Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA )
)
COUNTY OF MARION ) Cause No.
)
TIFFANIE GRIMM, REBECCA NAUE, )
ROBIN BOSTON, ALLISON RANDLE, )
and ASHLYN BRYANT, )
)
       Plaintiffs, )
)
v. )
)
EDUCATIONAL MANAGEMENT )
CORPORATION, d/b/a/ HARRISON COLLEGE, )
CRAIG PFANNENSTIEHL, JAMES HUTTON, )
GREGORY WALLIS, MICHAEL CROWLEY, )
and KENNETH KONESCO, )
)
       Defendants. )

## APPEARANCE BY ATTORNEY

1. The party on whose behalf this form is being filed is:
   Initiating _X___       Responding ____     Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of parties:   Tiffannie Grimm, Rebecca Naue, Robin Boston, Allison Randle, Ashlyn Bryant

   Address of parties: 8910 Purdue Road, Suite 240, Indianapolis, IN 46268

   Telephone # of parties: (317) 371-9818; (317) 694-1456; (765) 543-3805

   Email Address: grimmtiffanie@gmail.com; bnaue91@gmail.com; barncat15@hotmail.com; Allison_randle1995@yahoo.com;ashbry9100@gmail.com

2. Attorney information for service as required by Trial Rule 5(B)(2)

   | | | |
   |---|---|---|
   | Name: | Andrea Ciobanu, Esq. | Atty Number: 28942-49 |
   | | Carly Roseboom | Atty Number: 35349-32 |
   | Address: | 8910 Purdue Rd, Suite 240 | |
   | | Indianapolis, IN 46268 | |

1

Phone: 317-495-1090
FAX: 317-495-1090
Email Address: aciobanu@ciobanulaw.com
Email address: croseboom@ciobanulaw.com

3.   This is a ___CT_____ case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:

   FAX at the above noted number:  Yes ____ No __X__
   Email at the above noted number:  Yes ____ No __X__

5.   This case involves child support issues. Yes ____ No __X__

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No __X__   The party shall use the following address for purposes of legal service:

   _____       Attorney's address
   _____       The Attorney General Confidentiality program address
                  (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
   _____       Another address (provide)

   _____

7.   This case involves a petition for involuntary commitment.  Yes ____ No __X__

8.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

   b.  State of Residence of person subject to petition: _____

   c.  At least one of the following pieces of identifying information:
      (i)   Date of Birth _____
      (ii)  Driver's License Number _____
            State where issued _____ Expiration date _____
      (iii) State ID number _____
            State where issued _____ Expiration date _____
      (iv)  FBI number _____
      (v)   Indiana Department of Corrections Number _____
      (vi)  Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

9.  There are related cases: Yes _X___ No __

10. Additional information required by local rule:
    _____

11. There are other party members: Yes ____ No_X____

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes_X__ No___

<div style="text-align:center">

Respectfully Submitted,

</div>

*/s/ Andrea Ciobanu*_____
Andrea Ciobanu, Attorney #28942-49
Carly Roseboom, Attorney #35349-32
Ciobanu Law, P.C.
8910 Purdue Rd, Suite 240
Indianapolis, IN 46240
Telephone:   (317) 495-1090
Email:       aciobanu@ciobanulaw.com
Email:       croseboom@ciobanulaw.com

<u>CERTIFICATION OF COMPLIANCE OF PLEADINGS WITH TRIAL RULE 5(G)</u>

   I hereby certify that the foregoing document complies with the requirement of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G).

Respectfully Submitted,

*/s/ Andrea Ciobanu*_____
Andrea Ciobanu, Attorney #28942-49
Carly Roseboom, Attorney #35349-32
Ciobanu Law, P.C.

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 25, 2018, I electronically filed the foregoing via IEFS and sent copies of the above via Certified U.S. Mail, pre-postage paid to the following individuals:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

Respectfully submitted,

*/s/ Andrea Ciobanu*_____
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.

Case 1:18-cv-03481-SEB-TAB   Document 1-2   Filed 11/08/18   Page 6 of 53 PageID #: 17

**49D02-1810-CT-042978**
**Marion Superior Court, Civil Division 2**

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | ) | |
| COUNTY OF MARION | ) | Cause No. |
| | ) | |
| TIFFANIE GRIMM, REBECCA NAUE, | ) | |
| ROBIN BOSTON, ALLISON RANDLE, | ) | |
| and ASHLYN BRYANT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUCATIONAL MANAGEMENT | ) | |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) | |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) | |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) | |
| and KENNETH KONESCO, | ) | |
| | ) | |
| Defendants. | ) | |

## CLASS ACTION COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**COME NOW** Plaintiffs Tiffanie Grimm, Rebecca Naue, Robin Boston, Allison Randle, and

Ashlyn Bryant, on behalf of themselves and others similarly situated, and complain against

Defendants Educational Management Corporation, d/b/a Harrison College, Craig Pfannenstiehl,

James Hutton, Gregory Wallis, Michael Crowley, and Kenneth Konesco, as follows:

### JURISDICTION AND VENUE

1.      The acts and omissions of Defendants giving rise to this action occurred in Indianapolis,

Indiana, making jurisdiction and venue proper in this district.

### THE PARTIES

2.      Plaintiff Tiffanie Grimm was a student at Harrison College in Indianapolis, Indiana at all

relevant times.

3.      Plaintiff Rebecca Naue was a student at Harrison College in Indianapolis, Indiana at all

relevant times.

4.      Plaintiff Robin Boston was a student at Harrison College in Indianapolis, Indiana at all relevant times.

5.      Plaintiff Allison Randle was a student at Harrison College in Indianapolis, Indiana at all relevant times.

6.      Plaintiff Ashlyn Bryant was a student at Harrison College in Indianapolis, Indiana at all relevant times.

7.      Defendant Educational Management Corporation, d/b/a Harrison College (sometimes referred to herein as "Harrison College"), a/k/a Harrison International, owned Harrison College, located at 500 Meridian, Suite 500, Indianapolis, IN 46204, at all relevant times.  Harrison College was a private, for-profit college based in Indiana, with 11 campuses in Indiana, Ohio, and North Carolina.

8.      Defendant Craig F. Pfannenstiehl was Chairman of Educational Management Corporation, Inc., at all relevant times.

9.      Defendant Dr. James D. Hutton was President of Educational Management Corporation, Inc. at all relevant times.

10.      Defendant Gregory C. Wallis was Treasurer of Educational Management Corporation Inc., at all relevant times.

11.      Defendant Michael T. Crowley was Secretary of Educational Management Corporation Inc., at all relevant times.

12.      Defendant Kenneth Konesco was Director of Educational Management Corporation Inc., at all relevant times.

13.      Plaintiffs will be referred to collectively as "Plaintiffs" and Defendants will be referred to collectively as "Defendants" unless otherwise specified or designated.

## FACTUAL ALLEGATIONS

14.     Plaintiffs were all actively enrolled students at Harrison College in Indianapolis, Indiana on or about September 14, 2018.

15.     Plaintiffs were not given prior notice by Harrison College officials that the private, for-profit college was closing.

16.      Plaintiffs obtained financial means to continue their education at Harrison College for the fall quarter of 2018.

17.     Several of the Plaintiffs secured financing for tuition and related costs by obtaining institutional loans through Harrison College.

18.     Defendant Educational Management Corporation, d/b/a Harrison College, purchased Harrison College in 1986.

19.     Harrison College also has a culinary division, the Chef's Academy, also located in Indianapolis, Indiana, that closed on October 14, 2018.

20.     Harrison College's website showed Defendant Dr. Hutton becoming president and CEO of Harrison College in 2015.

21.     In a business entity report filed by Harrison College on April 1, 2016, Defendant Craig Pfannenstiehl was named as a member of the board of directors.

22.     On the Harrison College website, Craig Pfannenstiehl is also listed as Chairman of the Board and Director of Educational Management Corporation.

23.     No ascertainable business filings validate Craig Pfannenstiehl's status with Educational Management Corporation or Harrison College.

24.     Defendants Educational Management Corporation, d/b/a/ Harrison College, put the 4.7 acre downtown campus on the real estate market in March 2017, setting $11.5 million as the selling price.

25.     On June 30, 2017, Harrison College submitted a filing to the Indiana Secretary of State that amended its Articles of Incorporation.

26.     Specifically, Harrison College amended Article 4 of the Articles of Incorporation, that changed the total number of shares of voting stock and voting powers of the voting stock.

27.     Harrison College sold part of its downtown campus, located at 550 E. Washington St., Indianapolis, Indiana, on August 10, 2018 for $6.3 million to an apartment developer.

28.     At no time prior to, during, or after the sale, did Harrison College notify Plaintiffs of the pending sale of part of its campus.

29.     Sometime in October of 2017, Defendant Educational Management Group sold the Chef's Academy property to Mike Simmons for $2.24 million.

30.     Defendants failed to notify Harrison College students or employees that they had put parts of Harrison College's campus on the real estate market in 2017 and 2018.

31.     Defendants gave students, including Plaintiffs no reason to believe that Harrison College was going to close, and induced their students, including Plaintiffs, to continue taking out student loans through the federal government and through Harrison College itself, to the financial detriment of students, including Plaintiffs.

32.     Defendants put both the Chef's Academy campus and the recently sold portion of Harrison College's campus on the real estate market in 2017.

33.     Harrison College's website stated that Educational Management Corporation "does not have any other divisions, subsidiaries, or affiliates."

34.     Craig Pfannenstiehl was also President and CEO of another company, Educor, Inc., established in the 1980s and purportedly in the business of higher education management.

35.     Further information pertaining to Educor, Inc., is unavailable as its website has been taken down.

36.     Educor, Inc., is not otherwise registered with the Indiana Secretary of State.

37.     On September 14, 2018, students, including Plaintiffs, arrived on campus for class and were notified by social media and news outlets that Harrison College was officially closed.

38.     Defendants did not provide notice or follow-up contact information for students with outstanding loans from Harrison College.

39.     Students, including Plaintiffs, who had institutional loans through Harrison College attempted to contact ECSI, the loan servicer for Harrison College, to find out further information pertaining to payment.

40.     ECSI told students, including Plaintiffs, that it was no longer servicing the Harrison College loans and that the loans had been sent back to Harrison College.

41.     Defendant Harrison College failed to contact or provide additional information pertaining to the status of students', including Plaintiffs', institutional loans.

42.     Defendant Harrison College had instructed Harrison College students, including Plaintiffs,that they could not simultaneously have full time jobs and attend Harrison College.

43.     Students, including Plaintiffs, reduced their working hours as a result of Defendants' representations that students could not work full time while attending Harrison College.

44.      Several Plaintiffs were attending Harrison College's ADN program to secure additional training to become Registered Nurses.

45.     Upon the closure of Harrison College, Plaintiffs contacted other nursing programs in Indiana, including Ivy Tech, Anderson University, Chamberlain University, Indiana University, Purdue University, and WGU, all of which are not accepting Harrison College class credits.

46.     Harrison College students, including Plaintiffs, could not transfer many of the credits from Harrison College to other programs because Harrison College was not accredited.

47.     After comparing the actions of Defendants with the pattern of other companies that held private, for-profit colleges, Plaintiffs are informed and believe that Defendants were engaged in intentional actions to promulgate and collect money from students for tuition for as long as possible, knowing that students would not be able to graduate or even transfer all of their Harrison College credits elsewhere. In addition, Defendants were engaged in practices that obscured the underlying action of selling the campuses on the real estate market for profit, before eventually transferring the funds into other entities, in order to avoid detection or further be faced with penalties; all to the detriment of students, including Plaintiffs, and for the profit of Defendants.

## CLASS DEFINITION AND CLASS ALLEGATIONS

48.     Plaintiffs bring this action on behalf of themselves and as a class action under Ind. R. Tr. P. 23 on behalf of all members of the following Class: All persons enrolled as students at Harrison College on September 14, 2018.

49.     Plaintiffs reserve the right to amend the definition of the Class if discovery or further investigation reveals that the class should be expanded or otherwise modified.

50.     This action satisfies the requirements of Ind. R. Tr. P. 23(A)(1) as the Class is so numerous that individual joinder of all Class Members is impracticable.

51.     This action satisfies the requirements of Ind. R. Tr. P. 23(A)(2) and 23(A)(3) because questions of law and fact relate to and affect the rights of the Plaintiffs and each Class member, and the claims of the Plaintiffs are typical of the claims of the entire Class.

52.     This action satisfies the requirements of Ind. R. Tr. P. 23(A)(4) because Plaintiffs' claims in this action and the claims of the Class members arise from the same course of conduct by Defendants and Plaintiffs will fairly and adequately protect the interests of the Class. The relief Plaintiffs seek is typical of the relief sought for the absent Class members.  Plaintiffs seek compensatory damages common to the Class and also seek to redress the unlawful conduct of Defendants.

53.     This Class Action Complaint brought by the named Plaintiffs is typical of the claims of the Class in that the named Plaintiffs and Class members were students enrolled at Harrison College during the relevant period of time and did not have the opportunity to complete their coursework toward a Harrison College degree despite paying substantial sums to Harrison College.

54.     The Class is ascertainable because its members can be readily identified from Defendants' records and/or databases. Notice, if required, can be provided to Class members by first class mail and/or by published notice using techniques and forms of notice similar to those customarily used in class action litigation or by higher education institutions, including Harrison College.

55.     Class certification is also appropriate because the cost of litigation may prevent class members from bringing individual cases. Yet class members are in need of the relief sought herein, and Defendants are liable for the harm to Plaintiffs and the Class. Without class certification, Class members will be unable to seek proper redress for the harm.

56.     This action satisfies the requirements of Ind. R. Tr. P. 23(B)(1)(a) and (b) because the prosecution of separate actions by the individual Class members on the claims asserted herein

would create a risk of inconsistent or varying adjudications for individual Class members, which would establish incompatible standards of conduct for Defendants; and because adjudication with respect to individual Class members would, as a practical matter, be dispositive of the interests of other Class members, or impair substantially or impede their ability to protect their interests.

57.     This action satisfies the requirements of Ind. R. Tr. P. 23(B)(2) because Defendants have acted and refused to act on grounds generally applicable to each Class Member, thereby making appropriate final injunctive and/or corresponding declaratory relief with respect to each Class Member.

58.     This action satisfies the requirements of Ind. R. Tr. P. 23(B)(3) because a class action is superior to other available methods for the fair and efficient adjudication of this controversy. Common questions of law and fact regarding Defendants' conduct and responsibility predominate over any questions affecting only individual Class members.

59.     The conduct of this action as a class action presents far fewer management difficulties, far better conserves judicial resources and the parties' resources, and far more effectively protects the rights of each Class member than would piecemeal litigation. Compared to the expense, burdens, inconsistencies, economic infeasibility, and inefficiencies of individualized litigation, the challenges of managing this action as a class action are substantially outweighed by the benefits to the legitimate interests of the parties, the court, and the public of class treatment in this court, making class adjudication superior to other alternatives, under Ind. R. Tr. P. 23(B)(3)(d).

60.     Plaintiffs are not aware of any obstacles likely to be encountered in the management of this action that would preclude its maintenance as a class action. Rule 23 provides the Court with authority and flexibility to maximize the efficiencies and benefits of the class mechanism and reduce management challenges.

61.     Undersigned counsel will fairly and adequately represent the interests of the Class, have identified or investigated the Class members' potential claims, are experienced in handling class actions, other complex litigation, and claims of the type asserted in this action, know the applicable law, will commit sufficient resources to represent the class, and are best able to represent the Class.

## COUNT 1
## BREACH OF CONTRACT

62.     Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

63.     Plaintiffs were parties to Enrollment Agreements with Educational Management Corporation, d/b/a/ Harrison College.  Plaintiffs performed their obligations under the Enrollment Agreements with Educational Management Corporation, d/b/a/ Harrison College.

64.     Defendants Educational Management Corporation, d/b/a/ Harrison College, as well as, Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Kenneth Konesco, and Defendant Michael Crowley, failed and neglected to perform one or more of the terms of the Agreements; including, but not limited to, that Harrison College accepted Plaintiffs as students and thereafter failed to honor their student contracts by abruptly withdrawing from providing services and education to Plaintiffs as proscribed by the Enrollment Agreements.

65.     As a direct, proximate, and legal result of Defendants' breach, students, including Plaintiffs, have suffered damages.

## COUNT 2
## EDUCATIONAL MALPRACTICE

66.     Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

67.     Defendant Educational Management Corporation, d/b/a/ Harrison College, Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Michael Crowley, and Defendant Kenneth Konesco, as the persons and entities responsible for the educational policies and procedures of Harrison College, were responsible for ensuring adequate educational procedures and policies were in place.

68.     Defendants, as the persons and entities responsible for the educational policies and procedures of Harrison College, were responsible for ensuring proper funding for students, including Plaintiffs, attending Harrison College.

69.     Defendants, as the persons and entities responsible for the educational policies and procedures of Harrison College, were responsible for providing sufficient notice to students, including Plaintiffs, of Harrison College regarding the impending closure of Harrison College.

70.     Defendants failed to provide any notice of the impending closure of Harrison College to students, including Plaintiffs.

71.     Defendants failed to exercise the ordinary skill and knowledge possessed by other purveyors of postsecondary education in a private, for-profit college context.

72.     Defendants violated their duties as purveyors of Harrison College by failing to uphold duties to inform students, including Plaintiffs, of the impending closure of Harrison College, to ensure proper funding, as well as to ensure adequate educational procedures and policies.

73.     Defendants also failed to deal openly, fairly, and honestly, in selling part of the land that Harrison College was located on while students, including Plaintiffs, were still enrolled and enrolling in future courses at Harrison College.

74.     Defendants failed to educate students, including Plaintiffs, in a proper manner.

75.     As a direct, proximate, and legal result of Harrison College's malpractice, students, including Plaintiffs, have suffered damages.

## COUNT 3
## FRAUD

76.     Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

77.     Defendant Educational Management Corporation, d/b/a/ Harrison College, Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Michael Crowley, and Defendant Kenneth Konesco, falsely and fraudulently represented to students, including Plaintiffs, that Harrison College was open for enrollment and was not otherwise closing or stopping admissions during 2017-2018.

78.     The representations were false; in truth, Defendants were preparing to strip Harrison College of its financial assets and subsequently and immediately close Harrison College.

79.     As early as the Spring of 2017, Defendants made plans to sell Harrison College's property and close Harrison College.

80.     Defendants did not disclose these plans to students, including Plaintiffs.

81.     Defendants continued to encourage students, including Plaintiffs, to take out federal and private loans through Harrison College in order to fund an education that Defendants knew would likely not result in graduation from Harrison College.

82.     Defendants made representations, statements, and omissions that Defendants knew to be false and misleading, with the intent to deceive and defraud students, including Plaintiffs, and to induce them to agree to continue their education at Harrison College, as well as to continue to pay tuition and seek federal aid.

83.     Students, including Plaintiffs, at the time such representations and statements were made, believed that the representations and statements were true and relied upon them and were thereby induced to continue investing and borrowing money to pay for their education at Harrison College.

84.     As a direct, proximate, and legal result of Defendants' fraud, students, including Plaintiffs, have suffered damages.

<div align="center">

**COUNT 4**
**CONSTRUCTIVE FRAUD**

</div>

85.     Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

86.     Defendant Educational Management Corporation, d/b/a/ Harrison College, as well as the individuals and entities responsible for running Harrison College, including Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Michael Crowley, and Defendant Kenneth Konesco, were obligated to deal fairly with students, including Plaintiffs, because a special, fiduciary relationship existed between them because Harrison College was a proprietary educational institution.

87.     Defendant Educational Management Corporation, d/b/a/ Harrison College, violated the obligation to deal fairly by misrepresenting present and future promises by representing and/or remaining silent when Harrison College had an obligation to disclose its impending closure.

88.     Defendant Educational Management Corporation, d/b/a/ Harrison College, violated the obligation to deal fairly by failing to disclose that Defendants had determined to sell Harrison College's land in 2017 and that a real estate company had actually purchased the land.

89.     Students, including Plaintiffs, justifiably relied on Harrison College's representations and omissions.

90.     Defendants unjustifiably gained at the expense of Plaintiffs.

91.     Defendants stripped the financial assets of Harrison College, sold land that Harrison College was located on, and therefore gained financial advantage while simultaneously disadvantaging students, including Plaintiffs.

92.     As a result, students, including Plaintiffs, were unable to complete their educational programs at Harrison College, were saddled with thousands of dollars in student loan debt, and invested in college credits that will not be credited toward a degree at another higher education institution.

93.     As a direct, proximate, and legal result of Defendants' fraud, students, including Plaintiffs, have suffered damages.

## COUNT 5
## BREACH OF FIDUCIARY DUTY

94.     Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

95.     Defendant Educational Management Corporation, d/b/a/ Harrison College, Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Michael Crowley, and Defendant Kenneth Konesco, owed students, including Plaintiffs, a fiduciary duty to act openly, honestly, and fairly, while responsible for the ongoing existence of Harrison College.

96.     By their actions and inactions set forth above, Defendants breached their fiduciary duty to students, including Plaintiffs.

97.     As a direct, proximate, and legal result of Defendants' acts and omissions, students, including Plaintiffs, have suffered damages.

98.     The acts and omissions constituting breach of Defendants' fiduciary duties were committed with oppression, fraud and/or malice, and as a result, students, including Plaintiffs, in addition to actual damages, may recover punitive damages.

## COUNT 6
## UNJUST ENRICHMENT

99.    Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

100.    The students, including Plaintiffs, by the actions set forth above, conferred a measurable benefit on Defendants and Defendants' retention of that benefit under these circumstances would be unjust.

## COUNT 7
## PIERCING THE CORPORATE VEIL

101.    Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

102.    Defendant Educational Management Corporation, d/b/a/ Harrison College, and its other corporate forms, were underfunded and shareholder acts or conduct ignored, controlled, and manipulated the corporate forms thereof.

103.    Educational Management Corporation, d/b/a/ Harrison College, and the individuals and entities responsible for running Harrison College, including: Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Michael Crowley, Defendant and Kenneth Konesco, sold parts of Harrison College and the Chef's Academy in advance to shutting down the campuses.

104.    Defendants sold parts of Harrison College and the Chef's Academy and continued to accept enrollment and student loans for Harrison College students, including Plaintiffs, in advance to shutting down the campuses.

105.    Plaintiffs believe upon information that Defendants have underfunded and underutilized the resources for Harrison College in order to divest Harrison College of its assets, receive the

14

income from those assets, and then shut down Harrison College and use the income from the assets for their own uses and plans.

106.    As a direct, legal, and proximate result of the actions of Defendants, Plaintiffs have suffered economic damages.

<div align="center">

**COUNT 8**
**CONVERSION**

</div>

107.    Plaintiffs incorporate by reference the preceding paragraphs of this complaint as fully set forth herein.

108.    Defendant Educational Management Corporation, d/b/a/ Harrison College, and the individuals and entities responsible for running Harrison College, including  Defendant Craig Pfannenstiehl, Defendant James Hutton, Defendant Gregory Wallis, Defendant Michael Crowley, and Defendant Kenneth Konesco, by continuing to accept tuition and loans through the most recent academic quarter, despite the facts set forth in this Complaint, knowingly and intentionally took tuition and loan money from students, including Plaintiffs, with the intent to permanently deprive those students, including Plaintiffs, of their money, with no intent to pay them back or provide the value that the students, including Plaintiffs, expected from their tuition and loans.

109.    As a direct, legal, and proximate cause of the actions of Defendants, including Plaintiffs, have suffered economic damages.

<div align="center">

**PRAYER FOR RELIEF**

</div>

110.    Plaintiffs respectfully request that this Court award students', including Plaintiffs', damages based on the claims set forth in this Complaint, including treble damages;

111.    Plaintiffs respectfully request this Court award Plaintiffs the costs of the suit, including reasonable attorneys' fees; and

<div align="center">

15

</div>

112.   Plaintiffs respectfully request this Court award Plaintiffs such other and further relief as this Court deems just under the circumstances, including any and all compensatory and punitive damages permitted by law.

## RESERVATION OF RIGHTS

113.   Plaintiff reserves the right to proceed with any and all claims which the facts averred in this complaint support, pursuant to the notice pleading requirement of Indiana Trial Rule 8.

**WHEREFORE**, Plaintiffs respectfully request this Court enter judgment in favor of them on all counts of this Complaint, award them compensatory damages and punitive damages as well as litigation costs, and grant them such other and further relief as this Court deems just under the circumstances, including, but not limited to, a public apology, attorney's fees, and pre- and post-judgment interest.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: October 25, 2018

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Andrea L. Ciobanu*
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road
Indianapolis, Indiana 46268
Telephone: (317) 495-1090
Facsimile: (866) 841-2071
Email: aciobanu@ciobanulaw.com
Email: croseboom@ciobanulaw.com

</div>

## CERTIFICATE OF SERVICE

I certify that on October 25, 2018, I electronically filed the foregoing with the Clerk of the Court via IEFS.

I further certify that on October 25, 2018 a copy of this document was mailed, by first-class United States Mail, Postage Pre-Paid, and properly addressed to the following:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

Respectfully submitted,

*/s/ Andrea L. Ciobanu*
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.

17

Case 1:18-cv-03481-SEB-TAB   Document 1-2   Filed 11/08/18   Page 23 of 53 PageID #: 37

**49D02-1810-CT-042978**

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 2

STATE OF INDIANA            )
                                     )
COUNTY OF MARION       )    Cause No.
                                     )
TIFFANIE GRIMM, REBECCA NAUE,    )
ROBIN BOSTON, ALLISON RANDLE,     )
and ASHLYN BRYANT,                )
                                     )
          Plaintiffs,           )
                                     )
          v.                   )
                                     )
EDUCATIONAL MANAGEMENT      )
CORPORATION, d/b/a/ HARRISON COLLEGE,   )
CRAIG PFANNENSTIEHL, JAMES HUTTON,   )
GREGORY WALLIS, MICHAEL CROWLEY,   )
and KENNETH KONESCO,         )
                                     )
          Defendants.          )

## SUMMONS

TO:    Craig Pfannenstiehl
        1 Richland Rd.,
        Wellesley Hills, MA 02481

       You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

       The nature of the suit against you is stated in the petition which is attached to this Summons. It also states the relief sought or the demand made against you by the petitioner.

       An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

Date: 10/26/2018

                                 *Myla A. Eldridge*
                                 Clerk, Marion County



Case 1:18-cv-03481-SEB-TAB   Document 1-1   Filed 11/08/18   Page 24 of 53 PageID #: 32

**49D02-1810-CT-042978**

**Marion Superior Court, Civil Division 2**

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) |
| COUNTY OF MARION | )   Cause No. |
| | ) |
| TIFFANIE GRIMM, REBECCA NAUE, | ) |
| ROBIN BOSTON, ALLISON RANDLE, | ) |
| and ASHLYN BRYANT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EDUCATIONAL MANAGEMENT | ) |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) |
| and KENNETH KONESCO, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

TO:   Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

The nature of the suit against you is stated in the petition which is attached to this Summons. It also states the relief sought or the demand made against you by the petitioner.

An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

Date: 10/26/2018

_Myla A. Eldridge_
Clerk, Marion County

MARION COUNTY
SEAL
INDIANA

49D02-1810-CT-042978
Marion Superior Court, Civil Division 2

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | ) | |
| COUNTY OF MARION | ) | Cause No. |
| | ) | |
| TIFFANIE GRIMM, REBECCA NAUE, | ) | |
| ROBIN BOSTON, ALLISON RANDLE, | ) | |
| and ASHLYN BRYANT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUCATIONAL MANAGEMENT | ) | |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) | |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) | |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) | |
| and KENNETH KONESCO, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

TO:   Dr. James D. Hutton, President of Educational Management Corporation
       Career Quest Learning Centers, Lansing Campus
       3215 S. Pennsylvania Ave.
       Lansing, MI 48910

You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

The nature of the suit against you is stated in the petition which is attached to this Summons.  It also states the relief sought or the demand made against you by the petitioner.

An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

Date: 10/26/2018

_Myla A. Eldridge_
Clerk, Marion County

MARION COUNTY

SEAL

INDIANA

Case 1:18-cv-03481-SEB-TAB   Document 1-2   Filed 11/08/18   Page 26 of 53 PageID #: 33

49D02-1810-CT-042978
Marion Superior Court, Civil Division 2

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA        )
                       )
COUNTY OF MARION      )    Cause No.
                       )
TIFFANIE GRIMM, REBECCA NAUE,    )
ROBIN BOSTON, ALLISON RANDLE,    )
and ASHLYN BRYANT,           )
                       )
       Plaintiffs,           )
                       )
       v.                   )
                       )
EDUCATIONAL MANAGEMENT       )
CORPORATION, d/b/a/ HARRISON COLLEGE,   )
CRAIG PFANNENSTIEHL, JAMES HUTTON,    )
GREGORY WALLIS, MICHAEL CROWLEY,    )
and KENNETH KONESCO,        )
                       )
       Defendants.         )

## SUMMONS

TO:    Gregory Wallis, Treasurer of Educational Management Corporation
       7710 N. Whittier Pl.,
       Indianapolis, IN 46250

      You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

      The nature of the suit against you is stated in the petition which is attached to this Summons. It also states the relief sought or the demand made against you by the petitioner.

      An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

Date: 10/26/2018

_Myla A. Eldridge_
Clerk, Marion County

MARION COUNTY COURT
SEAL
INDIANA

49D02-1810-CT-042978
Marion Superior Court, Civil Division 2

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | ) | |
| COUNTY OF MARION | ) | Cause No. |
| | ) | |
| TIFFANIE GRIMM, REBECCA NAUE, | ) | |
| ROBIN BOSTON, ALLISON RANDLE, | ) | |
| and ASHLYN BRYANT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUCATIONAL MANAGEMENT | ) | |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) | |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) | |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) | |
| and KENNETH KONESCO, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

TO:   Michael Crowley, Secretary of Educational Management Corporation
      10970 Andrews Place
      Fishers, IN 46037

          You are hereby notified that you have been sued by the person named as petitioner
and in the Court indicated above.

          The nature of the suit against you is stated in the petition which is attached to this
Summons.  It also states the relief sought or the demand made against you by the petitioner.

          An answer or other appropriate response in writing to the petition must be filed either by
you or your attorney within twenty (20) days, commencing the day after you receive this
Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by
default may be rendered against you for the relief demanded by petitioner.

Date: 10/26/2018

_Myla A. Eldridge_
Clerk, Marion County

MARION COUNTY COU...
SEAL
INDIANA

Case 1:18-cv-03481-SEB-TAB  Document 1-2  Filed 11/08/18  Page 28 of 53 PageID #: 39

**49D02-1810-CT-042978**

Filed: 10/25/2018 5:06 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 2

STATE OF INDIANA        )
                                      )
COUNTY OF MARION     )      Cause No.
                                      )
TIFFANIE GRIMM, REBECCA NAUE,   )
ROBIN BOSTON, ALLISON RANDLE,    )
and ASHLYN BRYANT,            )
                                      )
            Plaintiffs,          )
                                      )
           v.                  )
                                      )
EDUCATIONAL MANAGEMENT        )
CORPORATION, d/b/a/ HARRISON COLLEGE, )
CRAIG PFANNENSTIEHL, JAMES HUTTON, )
GREGORY WALLIS, MICHAEL CROWLEY, )
and KENNETH KONESCO,          )
                                      )
           Defendants.        )

## SUMMONS

TO:    Kenneth Konesco, Director of Educational Management Corporation
       710 Tamenend Trace
       Fishers, IN 46037

         You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

       The nature of the suit against you is stated in the petition which is attached to this Summons.  It also states the relief sought or the demand made against you by the petitioner.

       An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

Date: 10/26/2018                         *Myla A. Eldridge*
                                   Clerk, Marion County

MARION COUNTY SEAL INDIANA

Filed: 10/30/2018 9:28 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA     )         IN THE MARION COUNTY COURT 2
                    ) SS:
COUNTY OF MARION    )         CAUSE NO.   49D02-1810-CT-042978

TIFFANIE GRIMM, REBECCA NAUE,    )
ROBIN BOSTON, ALLISON RANDLE,    )
and ASHLYN BRYANT,    )
    )
        Plaintiffs,    )
    )
      v.    )
    )
EDUCATIONAL MANAGEMENT    )
CORPORATION, d/b/a/ HARRISON COLLEGE,    )
CRAIG PFANNENSTIEHL, JAMES HUTTON,    )
GREGORY WALLIS, MICHAEL    )
CROWLEY, and KENNETH KONESCO,    )
    )
        Defendants.    )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service of Petitioner's Verified Petition for Dissolution of Marriage and Summons on the following person at the following address as indicated:

Educational Management Corporation
c/o Michael T. Crowley
10970 Andrews Place
Fishers, IN 46037

Service was attempted by:

Certified or Registered Mail
Tracking Number: **9407 1118 9956 0740 5548 94**
Date Mailed: October 29, 2018

Respectfully Submitted,

 /s/ Andrea L. Ciobanu
Andrea L. Ciobanu, Atty. No. 28942-49
Ciobanu Law, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:   (317) 495-1090
Fax:        (866) 841-2071

Filed: 10/30/2018 9:28 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA       )           IN THE MARION COUNTY COURT 2
                        ) SS:
COUNTY OF MARION     )         CAUSE NO.   49D02-1810-CT-042978

| | |
|---|---|
| TIFFANIE GRIMM, REBECCA NAUE,<br>ROBIN BOSTON, ALLISON RANDLE,<br>and ASHLYN BRYANT, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| EDUCATIONAL MANAGEMENT<br>CORPORATION, d/b/a/ HARRISON COLLEGE,<br>CRAIG PFANNENSTIEHL, JAMES HUTTON,<br>GREGORY WALLIS, MICHAEL<br>CROWLEY, and KENNETH KONESCO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

      I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service of Petitioner's Verified Petition for Dissolution of Marriage and Summons on the following person at the following address as indicated:

      Michael Crowley
      Secretary of Educational Management Corp
      10970 Andrews Place
      Fishers, IN 46037

Service was attempted by:

      Certified or Registered Mail
      Tracking Number: **9407 1118 9956 0740 5669 03**
      Date Mailed: October 29, 2018

               Respectfully Submitted,

               _/s/ Andrea L. Ciobanu_____
               Andrea L. Ciobanu, Atty. No. 28942-49
               Ciobanu Law, P.C.
               8910 Purdue Road, Suite 240
               Indianapolis, IN 46268
               Telephone:   (317) 495-1090
               Fax:         (866) 841-2071

Filed: 10/30/2018 9:28 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY COURT 2 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.   49D02-1810-CT-042978 |

|  |  |
|---|---|
| TIFFANIE GRIMM, REBECCA NAUE, | ) |
| ROBIN BOSTON, ALLISON RANDLE, | ) |
| and ASHLYN BRYANT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EDUCATIONAL MANAGEMENT | ) |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) |
| GREGORY WALLIS, MICHAEL | ) |
| CROWLEY, and KENNETH KONESCO, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service

of Petitioner's Verified Petition for Dissolution of Marriage and Summons on the following

person at the following address as indicated:

Dr. James D. Hutton, President of Educational Management Corporation
550 E. Washington St.,
Indianapolis, IN 46204

Service was attempted by:

Certified or Registered Mail
Tracking Number: **9414 8118 9956 0740 5643 74**
Date Mailed: October 29, 2018

Respectfully Submitted,

 /s/ Andrea L. Ciobanu
Andrea L. Ciobanu, Atty. No. 28942-49
Ciobanu Law, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:     (317) 495-1090
Fax:              (866) 841-2071

Filed: 10/29/2018 9:28 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA          )          IN THE MARION COUNTY COURT 2
                          ) SS:
COUNTY OF MARION          )          CAUSE NO.   49D02-1810-CT-042978

TIFFANIE GRIMM, REBECCA NAUE,          )
ROBIN BOSTON, ALLISON RANDLE,          )
and ASHLYN BRYANT,                     )
                                       )
            Plaintiffs,                )
                                       )
        v.                             )
                                       )
EDUCATIONAL MANAGEMENT                 )
CORPORATION, d/b/a/ HARRISON COLLEGE,  )
CRAIG PFANNENSTIEHL, JAMES HUTTON,     )
GREGORY WALLIS, MICHAEL                )
CROWLEY, and KENNETH KONESCO,          )
                                       )
            Defendants.                )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service

of Petitioner's Verified Petition for Dissolution of Marriage and Summons on the following

person at the following address as indicated:

        Kenneth Konesco
        Director of Educational Management Corporation
        710 Tamenend Trace
        Fishers, IN 46037

Service was attempted by:

        Certified or Registered Mail
        Tracking Number: **9407 1118 9956 0740 5902 50**
        Date Mailed: October 29, 2018

                        Respectfully Submitted,

                         /s/ Andrea L. Ciobanu
                        Andrea L. Ciobanu, Atty. No. 28942-49
                        Ciobanu Law, P.C.
                        8910 Purdue Road, Suite 240
                        Indianapolis, IN 46268
                        Telephone:    (317) 495-1090
                        Fax:          (866) 841-2071

Filed: 10/30/2018 9:28 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA ) IN THE MARION COUNTY COURT 2
) SS:
COUNTY OF MARION ) CAUSE NO.   49D02-1810-CT-042978

TIFFANIE GRIMM, REBECCA NAUE,          )
ROBIN BOSTON, ALLISON RANDLE,          )
and ASHLYN BRYANT,                     )
                                       )
              Plaintiffs,              )
                                       )
        v.                             )
                                       )
EDUCATIONAL MANAGEMENT                 )
CORPORATION, d/b/a/ HARRISON COLLEGE,  )
CRAIG PFANNENSTIEHL, JAMES HUTTON,     )
GREGORY WALLIS, MICHAEL                )
CROWLEY, and KENNETH KONESCO,          )
                                       )
              Defendants.              )

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service of Petitioner's Verified Petition for Dissolution of Marriage and Summons on the following person at the following address as indicated:

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Service was attempted by:

Certified or Registered Mail
Tracking Number: **9407 1118 9956 0740 5248 97**
Date Mailed: October 29, 2018

Respectfully Submitted,

 /s/ Andrea L. Ciobanu
Andrea L. Ciobanu, Atty. No. 28942-49
Ciobanu Law, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:     (317) 495-1090
Fax:           (866) 841-2071

Filed: 10/29/2018 9:28 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA )            IN THE MARION COUNTY COURT 2
                   ) SS:
COUNTY OF MARION )            CAUSE NO.   49D02-1810-CT-042978

| | |
|---|---|
| TIFFANIE GRIMM, REBECCA NAUE, | ) |
| ROBIN BOSTON, ALLISON RANDLE, | ) |
| and ASHLYN BRYANT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EDUCATIONAL MANAGEMENT | ) |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) |
| GREGORY WALLIS, MICHAEL | ) |
| CROWLEY, and KENNETH KONESCO, | ) |
| | ) |
| Defendants. | ) |

<u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

       I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service of Petitioner's Verified Petition for Dissolution of Marriage and Summons on the following person at the following address as indicated:

       Gregory Wallis
       Treasurer of Educational Management Corporation
       7710 N. Whittier Place
       Indianapolis, IN 46250

Service was attempted by:

       Certified or Registered Mail
       Tracking Number: **9407 1118 9956 0740 5608 02**
       Date Mailed: October 29, 2018

                       Respectfully Submitted,

                        /s/ Andrea L. Ciobanu
                       Andrea L. Ciobanu, Atty. No. 28942-49
                       Ciobanu Law, P.C.
                       8910 Purdue Road, Suite 240
                       Indianapolis, IN 46268
                       Telephone:    (317) 495-1090
                       Fax:          (866) 841-2071

Filed: 10/31/2018 11:14 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA     )
                           )
COUNTY OF MARION     )        Cause No. 49D02-1810-CT-042978
                           )
TIFFANIE GRIMM, REBECCA NAUE,   )
ROBIN BOSTON, ALLISON RANDLE,   )
and ASHLYN BRYANT,   )
                           )
        Plaintiffs,   )
                           )
        v.   )
                           )
HARRISON COLLEGE, CRAIG   )
PFANNENSTIEHL, JAMES HUTTON,   )
GREGORY WALLIS, MICHAEL   )
CROWLEY, KENNETH KONESCO,   )
EDUCATIONAL MANAGEMENT   )
CORPORATION, and EDUCOR, INC.,   )
                           )
        Defendants.   )

## PLAINTIFFS' VERIFIED REQUEST FOR TEMPORARY RESTRAINING ORDER PURUSANT TO INDIANA TRIAL RULE 65(B)

**COMES NOW,** Plaintiffs Tiffanie Grimm, Rebecca Naue, Robin Boston, Allison Randle, and Ashlyn Bryant, and in support of their *Verified Request for Temporary Restraining Order Pursuant to Indiana Trial Rule 65(B)*, state as follows:

1.     On October 24, 2018, Plaintiffs filed their Class Action Complaint for Damages and Demand for Jury Trial against the named Defendants in this matter. The Complaint sets forth causes of action against Defendants based upon Defendants' wrongful closure, without notice, of Harrison College and the damages suffered by students at the College as of September 14, 2018, as a result of such closure.

2.     Before the filing of the complaint, and continuing since that time, Defendants have been liquidating all of Harrison College's assets through online auctions. Key Auctioneers, a third-party auctioneer website, has been conducting the online bidding for such items as

veterinary equipment, supplies, dental equipment and tools, office furniture, computers, break room furnishings, vehicles, and other pieces of property and assets held by Defendant Harrison College.

3.     Because of the nature of the claims brought against Defendants in this matter, including fraud, and the evasive actions of Defendants in poaching and liquidating the assets of Harrison College to the detriment of students, Defendants should be prevented from spending or otherwise disposing of any proceeds from the sale and liquidation of the Harrison College assets until this lawsuit has been resolved. Rather, all such proceeds should be placed in a trust account to be held until this lawsuit and Plaintiffs' claims on the funds have been resolved.

4.     As the wrongful actions of Defendants in liquidating the Harrison College assets and presumably disposing of the proceeds from those sales are ongoing, immediate and irreparable injury, loss, and damage will result to students, including Plaintiffs, if a temporary restraining order does not issue before the claims can be heard.

5.     Plaintiffs therefore respectfully request that this Court issue a Temporary Restraining Order: (1) preventing Defendants, and any third party, including Indianapolis-based Key Auctioneers, from removing and spending or otherwise disposing of proceeds from the sale of any and all of a Defendant's assets; (2) requiring that any third party liquidating any of Defendants' assets hold all proceeds from such sales in a trust account pending the outcome of this lawsuit; and (3) requiring any Defendant to apply to this Court before liquidating any assets without the involvement of a third party that can hold such assets in trust.

**WHEREFORE**, Plaintiffs, by Counsel, respectfully request that this Court grant the relief as requested in this Motion.

Dated: October 31, 2018

Respectfully submitted,

*s/ Andrea Ciobanu*_____
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:    (317) 495-1090
Email: aciobanu@ciobanulaw.com
Email: croseboom@ciobanulaw.com

<u>VERIFICATION</u>

 I affirm, under the penalties for perjury, that the foregoing representations are true to the best of

my knowledge and belief.

_____
Andrea L. Ciobanu, #28942-49

3

<u>ATTORNEY CERTIFICATION</u>

I hereby certify that on October 29, 2018, an email was sent to alleged email addresses, including CRAIGPFANNENSTIEHL@hotmail.com, PFANNENSTIEHL@gmail.com, CFP@educorinc.com, CFP@baystate.edu, C.PFANNENSTIEHL@baystate.edu, CPFANNENSTIEHL@baystate.edu, KKONESCO@yahoo.com, KONESCO@aol.com, MKONESCO@aol.com, KONESCO@attbi.co, KONESCO@attb1.com, JKONESCO@hotmail.com, KEN.KONESCO@harrison.edu, KEN.KONESCO@ibcschools.edu, JKONESCO@ibcschools.edu, GREGORY.C.WALLIS@us.arthurandersen.com, GREGORY.WALLIS@yahoo.com, GCWALLIS@att.net, GREGORY.WALLIS@hotmail.com, for multiple defendants in this matter, including Craig Pfannenstiehl, Kenneth Konesco, and Gregory Wallis. The email notified the defendants that they were named in both a federal and state class action against Harrison College, and that it had come to our attention that Harrison College's assets and property were being auctioned off. The email requested that the defendants refrain from acting to disperse, lien, sell, encumber, or otherwise dispose of any other Harrison College property. A public records search was also conducted, wherein my staff called phone numbers that were supposedly related to Craig Pfannenstiehl (781-772-1767), Gregory Wallis (317-598-0133), Kenneth Konesco (317-849-4352) and Harrison College's business address (317-447-6200). Most of the phone numbers were disconnected; except for the phone number associated with Craig Pfannenstiehl, which belonged to a different individual.

Respectfully submitted,

*/s/ Andrea L. Ciobanu*
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:     (317) 495-1090
Email:          aciobanu@ciobanulaw.com
Email:          croseboom@ciobanulaw.com

<u>CERTIFICATE OF SERVICE</u>

     I certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

Educor, Inc.,
c/o Craig Pfannenstiehl, Registered Agent
1 Richland Rd.,
Wellesley Hills, MA 02481

                   Respectfully submitted,

                   */s/ Andrea Ciobanu*_____
                   Andrea L. Ciobanu, #28942-49
                   Carly Roseboom, #35349-32
                   CIOBANU LAW, P.C.

STATE OF INDIANA )
)
COUNTY OF MARION )          Cause No. 49D02-1810-CT-042978
)
TIFFANIE GRIMM, REBECCA NAUE, )
ROBIN BOSTON, ALLISON RANDLE, )
and ASHLYN BRYANT, )
)
        Plaintiffs, )
)
        v. )
)
EDUCATIONAL MANAGEMENT )
CORPORATION, d/b/a/ HARRISON COLLEGE, )
CRAIG PFANNENSTIEHL, JAMES HUTTON, )
GREGORY WALLIS, MICHAEL CROWLEY, )
and KENNETH KONESCO, )
)
        Defendants. )

<u>MOTION TO TRANSFER CASE TO COMMERCIAL COURT</u>

      COMES NOW, Plaintiffs Tiffanie Grimm, Rebecca Naue, Robin Boston, Allison Randle,

and Ashlyn Bryant, on behalf of themselves and others similarly situated, and in support of their

Motion to Transfer Case to Commercial Court, request that this matter is transferred to Marion

County's Commercial Court due to the nature of the claims in this suit.


                           Respectfully Submitted,

                           */s/ Andrea Ciobanu*
                           Andrea Ciobanu, Attorney #28942-49
                           Carly Roseboom, Attorney #35349-32
                           Ciobanu Law, P.C.
                           8910 Purdue Road, Suite 240
                           Indianapolis, IN 46268
                           aciobanu@ciobanulaw.com
                           croseboom@ciobanulaw.com

<u>CERTIFICATE OF SERVICE</u>

      I certify that on October 31, 2018, I electronically filed the foregoing via IEFS and sent copies of the above via Certified U.S. Mail, pre-postage paid to the following individuals:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

                      Respectfully submitted,

                      */s/ Andrea Ciobanu*_____
                      Andrea L. Ciobanu, #28942-49
                      Carly Roseboom, #35349-32
                      CIOBANU LAW, P.C.

FILED

October 31, 2018

*Myla A. Eldridge*

CLERK OF THE COURT
MARION COUNTY
BS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | |
| | ) | |
| COUNTY OF MARION | ) | Cause No. 49D02-1810-CT-042978 |
| | ) | |
| TIFFANIE GRIMM, REBECCA NAUE, | ) | |
| ROBIN BOSTON, ALLISON RANDLE, | ) | |
| and ASHLYN BRYANT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUCATIONAL MANAGEMENT | ) | |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) | |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) | |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) | |
| and KENNETH KONESCO, | ) | |
| | ) | |
| Defendants. | ) | |

**GRANTED**
October 31, 2018

## ORDER ON MOTION TO TRANSFER CASE TO COMMERCIAL COURT

This matter having come before the Court by Plaintiffs' Motion to Transfer Case to

Commercial Court, and the Court having reviewed the same and being duly advised, now

GRANTS Plaintiffs' Motion to Transfer Case to Commercial Court.

assuming this is a matter typically
handled by the Commercial Court
the Court accepts jurisdiction.

Dated: _____October 31, 2018_____

*Jim Oakes*

Judge, Marion County Court

1

Distribution:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268

Filed: 11/5/2018 9:23 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA      )
                        )
COUNTY OF MARION    )        Cause No. 49D01-1810-CT-042978

|  |  |
|---|---|
| TIFFANIE GRIMM, REBECCA NAUE, ROBIN BOSTON, ALLISON RANDLE, and ASHLYN BRYANT, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HARRISON COLLEGE, CRAIG PFANNENSTIEHL, JAMES HUTTON, GREGORY WALLIS, MICHAEL CROWLEY, KENNETH KONESCO, EDUCATIONAL MANAGEMENT CORPORATION, and EDUCOR, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' VERIFIED REQUEST FOR TEMPORARY RESTRAINING ORDER PURUSANT TO INDIANA TRIAL RULE 65(B)

**COMES NOW,** Plaintiffs Tiffanie Grimm, Rebecca Naue, Robin Boston, Allison Randle, and Ashlyn Bryant, and in support of their *Verified Request for Temporary Restraining Order Pursuant to Indiana Trial Rule 65(B)*, state as follows:

1.     On October 24, 2018, Plaintiffs filed their Class Action Complaint for Damages and Demand for Jury Trial against the named Defendants in this matter. The Complaint sets forth causes of action against Defendants based upon Defendants' wrongful closure, without notice, of Harrison College and the damages suffered by students at the College as of September 14, 2018, as a result of such closure.

2.     Before the filing of the complaint, and continuing since that time, Defendants have been liquidating all of Harrison College's assets through online auctions. Key Auctioneers, a third-party auctioneer website, has been conducting the online bidding for such items as

veterinary equipment, supplies, dental equipment and tools, office furniture, computers, break room furnishings, vehicles, and other pieces of property and assets held by Defendant Harrison College.

3.     Because of the nature of the claims brought against Defendants in this matter, including fraud, and the evasive actions of Defendants in poaching and liquidating the assets of Harrison College to the detriment of students, Defendants should be prevented from spending or otherwise disposing of any proceeds from the sale and liquidation of the Harrison College assets until this lawsuit has been resolved. Rather, all such proceeds should be placed in a trust account to be held until this lawsuit and Plaintiffs' claims on the funds have been resolved.

4.     As the wrongful actions of Defendants in liquidating the Harrison College assets and presumably disposing of the proceeds from those sales are ongoing, immediate and irreparable injury, loss, and damage will result to students, including Plaintiffs, if a temporary restraining order does not issue before the claims can be heard.

5.     For purposes of clarifying the record, Plaintiffs filed this same motion on October 31, 2018, under the 49D02-1810-CT-042978 cause number, before the request to transfer this matter to commercial court was granted.

6.     Plaintiffs therefore respectfully request that this Court issue a Temporary Restraining Order: (1) preventing Defendants, and any third party, including Indianapolis-based Key Auctioneers, from removing and spending or otherwise disposing of proceeds from the sale of any and all of a Defendant's assets; (2) requiring that any third party liquidating any of Defendants' assets hold all proceeds from such sales in a trust account pending the outcome of this lawsuit; and (3) requiring any Defendant to apply to this Court before liquidating any assets without the involvement of a third party that can hold such assets in trust.

**WHEREFORE**, Plaintiffs, by Counsel, respectfully request that this Court grant the relief as requested in this Motion.

Dated: November 5, 2018

Respectfully submitted,

*s/ Andrea Ciobanu*
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:     (317) 495-1090
Email: aciobanu@ciobanulaw.com
Email: croseboom@ciobanulaw.com

VERIFICATION

 I affirm, under the penalties for perjury, that the foregoing representations are true to the best of my knowledge and belief.

Andrea L. Ciobanu, #28942-49

<u>ATTORNEY CERTIFICATION</u>

I hereby certify that on October 29, 2018, an email was sent to alleged email addresses, including CRAIGPFANNENSTIEHL@hotmail.com, PFANNENSTIEHL@gmail.com, CFP@educorinc.com, CFP@baystate.edu, C.PFANNENSTIEHL@baystate.edu, CPFANNENSTIEHL@baystate.edu, KKONESCO@yahoo.com, KONESCO@aol.com, MKONESCO@aol.com, KONESCO@attbi.co, KONESCO@attb1.com, JKONESCO@hotmail.com, KEN.KONESCO@harrison.edu, KEN.KONESCO@ibcschools.edu, JKONESCO@ibcschools.edu, GREGORY.C.WALLIS@us.arthurandersen.com, GREGORY.WALLIS@yahoo.com, GCWALLIS@att.net, GREGORY.WALLIS@hotmail.com, for multiple defendants in this matter, including Craig Pfannenstiehl, Kenneth Konesco, and Gregory Wallis. The email notified the defendants that they were named in both a federal and state class action against Harrison College, and that it had come to our attention that Harrison College's assets and property were being auctioned off. The email requested that the defendants refrain from acting to disperse, lien, sell, encumber, or otherwise dispose of any other Harrison College property. A public records search was also conducted, wherein my staff called phone numbers that were supposedly related to Craig Pfannenstiehl (781-772-1767), Gregory Wallis (317-598-0133), Kenneth Konesco (317-849-4352) and Harrison College's business address (317-447-6200). Most of the phone numbers were disconnected; except for the phone number associated with Craig Pfannenstiehl, which belonged to a different individual.

Respectfully submitted,

*/s/ Andrea L. Ciobanu*
Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Telephone:     (317) 495-1090
Email:          aciobanu@ciobanulaw.com
Email:          croseboom@ciobanulaw.com

<u>CERTIFICATE OF SERVICE</u>

   I certify that on November 5, 2018, I electronically filed the foregoing via IEFS and via U.S. Certified Mail which sent notification of such filing to the following:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

Educor, Inc.,
c/o Craig Pfannenstiehl, Registered Agent
1 Richland Rd.,
Wellesley Hills, MA 02481

        Respectfully submitted,

        */s/ Andrea Ciobanu*_____
        Andrea L. Ciobanu, #28942-49
        Carly Roseboom, #35349-32
        CIOBANU LAW, P.C.

STATE OF INDIANA        )
                            )
COUNTY OF MARION     )

Cause No. 49**D01**-1810-CT-042978

TIFFANIE GRIMM, REBECCA NAUE,  )
ROBIN BOSTON, ALLISON RANDLE,  )
and ASHLYN BRYANT,             )
                            )
        Plaintiffs,       )
                            )
        v.             )

**F I L E D**

November 8, 2018

*Myla. a. Eldridge*

CLERK OF THE COURT
MARION COUNTY
LB

HARRISON COLLEGE, CRAIG     )
PFANNENSTIEHL, JAMES HUTTON,  )
GREGORY WALLIS, MICHAEL    )
CROWLEY, KENNETH KONESCO,   )
EDUCATIONAL MANAGEMENT    )
CORPORATION, and EDUCOR, INC., )
                            )
        Defendants.     )

## <u>ORDER ON PLAINTIFFS' VERIFIED REQUEST FOR TEMPORARY RESTRAINING ORDER PURUSANT TO INDIANA TRIAL RULE 65(B)</u>

       This matter having come before the Court by Plaintiffs' Verified Request for Temporary Restraining Order Pursuant to Indiana Trial Rule 65(B), and the Court having reviewed the same and being duly advised, now sets this matter for an evidentiary hearing on <u>**November 13, 2018 at 1:30 pm - 1 hr allotted**</u>.

Dated:<u>   **November 8, 2018**   </u>

*Heather a. Welch*
<u>                     </u>
Judge, Marion County Court

Distribution:

Defendant Educational Management Corporation
c/o Michael T. Crowley, Registered Agent
c/o Charles Restivo, President
10970 Andrews Place
Fishers, IN 46037

Craig Pfannenstiehl
1 Richland Rd.,
Wellesley Hills, MA 02481

Dr. James D. Hutton, President of Educational Management Corporation
Career Quest Learning Centers, Lansing Campus
3215 S. Pennsylvania Ave.,
Lansing, MI 48910

Gregory Wallis, Treasurer of Educational Management Corporation
7710 N. Whittier Pl.,
Indianapolis, IN 46250

Michael Crowley, Secretary of Educational Management Corporation
10970 Andrews Place
Fishers, IN 46037

Kenneth Konesco, Director of Educational Management Corporation
710 Tamenend Trace
Fishers, IN 46037

Educor, Inc.,
c/o Craig Pfannenstiehl, Registered Agent
1 Richland Rd.,
Wellesley Hills, MA 02481

Andrea L. Ciobanu, #28942-49
Carly Roseboom, #35349-32
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, Indiana 46268

Filed: 11/7/2018 4:19 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) |
| COUNTY OF MARION | )   Cause No. 49D01-1810-CT-042978 |
| | ) |
| TIFFANIE GRIMM, REBECCA NAUE, | ) |
| ROBIN BOSTON, ALLISON RANDLE, | ) |
| and ASHLYN BRYANT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EDUCATIONAL MANAGEMENT | ) |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) |
| and KENNETH KONESCO, | ) |
| | ) |
| Defendants. | ) |

## ALIAS SUMMONS

TO:   Craig Pfannenstiehl
219 Eliot Street
Natick, MA 01760-5510

You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

The nature of the suit against you is stated in the petition which is attached to this Summons.  It also states the relief sought or the demand made against you by the petitioner.

An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

11/8/2018
Date:_____

_Myla A. Eldridge_
_____
Clerk, Marion County

Filed: 11/7/2018 4:19 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA        )
                        )
COUNTY OF MARION     )    Cause No. 49D01-1810-CT-042978
                        )

TIFFANIE GRIMM, REBECCA NAUE,    )
ROBIN BOSTON, ALLISON RANDLE,     )
and ASHLYN BRYANT,         )
                        )
         Plaintiffs,         )
                        )
       v.                    )
                        )
EDUCATIONAL MANAGEMENT       )
CORPORATION, d/b/a/ HARRISON COLLEGE,   )
CRAIG PFANNENSTIEHL, JAMES HUTTON,   )
GREGORY WALLIS, MICHAEL CROWLEY,   )
and KENNETH KONESCO,       )
                        )
         Defendants.      )

## ALIAS SUMMONS

TO:    Craig Pfannenstiehl
        122 Commonwealth Ave
        Boston, MA 02116-2901

         You are hereby notified that you have been sued by the person named as petitioner and in the Court indicated above.

      The nature of the suit against you is stated in the petition which is attached to this Summons.  It also states the relief sought or the demand made against you by the petitioner.

      An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by petitioner.

           11/8/2018

Date:_____           *Myla A. Eldridge*
                              _____
                              Clerk, Marion County

Filed: 11/8/2018 11:21 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) |
| COUNTY OF MARION | )   Cause No. 49D01-1810-CT-042978 |
| | ) |
| TIFFANIE GRIMM, REBECCA NAUE, | ) |
| ROBIN BOSTON, ALLISON RANDLE, | ) |
| and ASHLYN BRYANT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EDUCATIONAL MANAGEMENT | ) |
| CORPORATION, d/b/a/ HARRISON COLLEGE, | ) |
| CRAIG PFANNENSTIEHL, JAMES HUTTON, | ) |
| GREGORY WALLIS, MICHAEL CROWLEY, | ) |
| and KENNETH KONESCO, | ) |
| | ) |
| Defendants. | ) |

## ALIAS SUMMONS

TO:   Kenneth Konesco
      13802 Wendessa Dr.
      Fishers, IN 46038

        You are hereby notified that you have been sued by the person named as petitioner

and in the Court indicated above.

        The nature of the suit against you is stated in the petition which is attached to this

Summons.  It also states the relief sought or the demand made against you by the petitioner.

        An answer or other appropriate response in writing to the petition must be filed either by

you or your attorney within twenty (20) days, commencing the day after you receive this

Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by

default may be rendered against you for the relief demanded by petitioner.


Date:___11/8/2018_____                    _Myla A. Eldridge_____

                                                Clerk, Marion County